1  Duane H. Sceper (CSB # 104004)
   Attorney at Law
2  1010 Second Avenue, Suite 1350
   San Diego, California 92101-4967
3  Telephone:  (619) 232-8917

4  Attorney for Plaintiff, CHARISE CORBISEZ

FILED
2006 OCT 10 PM 2:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARISE CORBISEZ,<br><br>Plaintiff,<br><br>v.<br><br>DAVID F. WILSON, WILSON INSURANCE AGENCY, INC. and DOES 1 THROUGH 10<br><br>Defendants. | CASE NO.:'06 CV 1796 JM BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure Rule 41(a), Plaintiff voluntarily dismisses the above captioned action with prejudice.

Dated: Oct 3, 2006

Respectfully submitted,

Duane H. Sceper, Esq.
Attorney for Plaintiff

IT IS SO ORDERED.
DATED 10/10/06

UNITED STATES DISTRICT JUDGE